SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (State Bar No. 154692)
David A. Gabianelli (State Bar No. 158170)
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: mgoodman@ssd.com
Email: dgabianelli@ssd.com

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE PHARMACEUTICALS INC., and
MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HEYNE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC.; BERLEX LABORATORIES, INC.; BERLEX, INC.' BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | No. C 09-5710 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS** |

WHEREAS, on October 1, 2009, the Judicial Panel on Multidistrict Litigation ("JPML") ordered the transfer of thirty-two marketing, sales practices, and products liability actions involving Yasmin® and YAZ® to MDL-2100, titled *In re Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, in the United States District Court for the Southern District of Illinois - see Exhibit A hereto;

1  WHEREAS, the parties agree that this action is a tag-along action subject to transfer to the
2  MDL;
3  WHEREAS, the requested stay will serve the interests of judicial economy and fairness to
4  the parties, and will avoid wasting this Court's resources, because the MDL court will soon
5  address common pretrial issues in these related Yasmin®/YAZ® actions;
6  NOW, THEREFORE, the parties, through their respective counsel of record, agree and
7  stipulate as follows:
8  All proceedings, including but not limited to any date to respond to the complaint, any
9  case management deadlines, any Rule 26 disclosure obligations and all other dates and deadlines
10  are hereby **STAYED** pending transfer to the MDL proceeding that has been established in the
11  United States District Court for the Southern District of Illinois and all pending dates and
12  deadlines are **VACATED**.  CMC reset for 9/22/10 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: Dec 18, 2009

| ROBINSON, CALCAGNIE & ROBINSON | SQUIRE, SANDERS & DEMPSEY L.L.P. |
|---|---|
| _/s/ Daniel S. Robinson_ | _/s/ David A. Gabianelli_ |
| Daniel S. Robinson | David A. Gabianelli |
| Attorneys for Plaintiff<br>ELIZABETH HEYNE | Attorneys for Defendants<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE<br>PHARMACEUTICALS INC., and<br>MCKESSON CORPORATION |

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  CMC reset for 9/22/10 at 1:30 p.m.

2

3  DATED: _____12/23/09_____

4  _____
   HONORABLE EDWARD M. CHEN
   United States Magistrate Judge

5  SANFRANCISCO/329426.1

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*