A CERTIFIED TRUE COPY
ATTEST
By Tarrell L. Littleton on Jan 25, 2010
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JAN 2 5 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 08, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION          MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-11)**

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2009). Since that time, 169 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 25, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

CERTIFIED TRUE COPY
Clerk of Court - Southern District of
By _____ Illinois
Deputy Clerk
Date 1/26/10

Case 3:09-cv-05710-EMC Document 6 Filed 02/01/10 Page 2 of 3
Case 3:09-md-02100-DRH-PMF Document 464 Filed 01/25/10 Page 2 of 3

Page 1 of 2

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION  MDL No. 2100

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**ALABAMA NORTHERN**
ALN  2  09-2476          Penny Simpson v. Bayer Corp., et al.          10-20046

**CALIFORNIA CENTRAL**
~~CAC  2  09-9154~~          ~~Rindy Andrews v. Bayer Corp., et al.~~   Opposed 1/13/10

**CALIFORNIA NORTHERN**
CAN  3  09-5660          Mary R. Prelle v. Bayer Corp., et al.          10-20047
CAN  3  09-5708          Roxanne Foster v. Bayer Corp., et al.          10-20048
CAN  3  09-5710          Elizabeth Heyne v. McKesson Corp., et al.      10-20049
~~CAN  3  09-5902~~      ~~Lekecia C. Milam v. Bayer Corp., et al.~~   Opposed 1/11/10
CAN  3  09-5906          Mary Rasmussen v. McKesson Corp, et al.        10-20050

**COLORADO**
CO   1  09-2869          Keeli Anthony v. Bayer Corp., et al.              10-20051
CO   1  09-2880          Michele Lambert, et al. v. Bayer Corp., et al.    10-20052

**FLORIDA SOUTHERN**
FLS  9  09-82441         Jodi S. Corn v. Bayer Corp., et al.            10-20053

**HAWAII**
HI   1  09-595           Bonnie Horibata, et al. v. Bayer Corp., et al. 10-20054

**IOWA NORTHERN**
IAN  1  09-188           Adrienne Cechura, et al. v. Bayer Corp., et al. 10-20055

**ILLINOIS NORTHERN**
ILN  1  09-7827          Lacey Dawn Angel v. Bayer Corp., et al.        10-20056

**MINNESOTA**
MN   0  09-3556          Peggy Cruz v. Bayer Corp., et al.              10-20057
MN   0  09-3652          Christie Johnson v. Bayer Corp., et al.        10-20058
MN   0  09-3653          Maricela Jacobson v. Bayer Corp., et al.       10-20059
MN   0  09-3654          Michelle Nielsen v. Bayer Corp., et al.        10-20060
MN   0  09-3655          Linda Smith v. Bayer Corp., et al.             10-20061
MN   0  09-3656          JoAnna Milius v. Bayer Corp., et al.           10-20062
MN   0  09-3657          Holly Fulkerson v. Bayer Corp., et al.         10-20063
MN   0  09-3658          Tyla Cornell v. Bayer Corp., et al.            10-20064
MN   0  09-3659          Melissa Collier v. Bayer Corp., et al.         10-20065

Case 3:09-cv-05710-EMC   Document 6   Filed 02/01/10   Page 3 of 3
Case 3:09-md-02100-DRH-PMF   Document 464   Filed 01/25/10   Page 3 of 3

Page 2 of 2

**MDL No. 2100 - Schedule CTO-11 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **NEW JERSEY** | | |
| NJ  2  09-6201 | Adelina Olsen v. Bayer Corp., et al. | 10-20066 |
| **NEW YORK SOUTHERN** | | |
| NYS 1  09-10205 | Sandi Cash, et al. v. Bayer Corp., et al. | 10-20067 |
| **OHIO NORTHERN** | | |
| OHN 1  09-2788 | Camellia Stapley, et al. v. Bayer Corp., et al. | 10-20068 |
| **TENNESSEE EASTERN** | | |
| TNE 1  09-307 | Melissa Wallace v. Bayer Corp., et al. | 10-20069 |
| **UTAH** | | |
| UT  1  09-182 | Dustin Francis, et al. v. Bayer Corp., et al. | 10-20070 |